DINA L. SANTOS, SBN 204200
LAW OFFICE OF DINA L. SANTOS
428 J STREET, SUITE 359
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE ANGEL BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0384 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR ORDER DIRECTING** |
| v. | ) | **THE GOVERNMENT TO RELEASE SAMPLES** |
| | ) | **OF CONTROLLED SUBSTANCE FOR** |
| JOSE ANGEL BUSTAMANTE, | ) | **INDEPENDENT DEFENSE RETESTING;** |
| | ) | **DECLARATION OF COUNSEL, AND** |
| Defendant. | ) | **ORDER.** |
| | ) | |
| _____ | ) | |

## APPLICATION

Certain DEA reports in this case contain a finding that the aggregate quantity of pure methamphetamine sold by the defendants contain an aggregate amount of 518.60 grams of pure methamphetamine. If the actual amount of pure methamphetamine is in fact more that 500 grams, the defendant could be faces with a base offense level of 36. However, if the actual amount of pure methamphetamine is less than 500 grams, the defendant's base offense level would be 34.

The undersigned has spoken with forensic chemist Jeffrey Zehnder of Drug Detection Laboratories, Inc., in Sacramento, California.  From the undersigned's discussions with Mr. Zehnder, the undersigned has

learned that a number of different factors can affect the outcome of a given quantitative analysis, that numerous analyses performed on a given sample could yield different results, that there is an inherent margin of error, and that the results of a quantitative analysis are subject to interpretation.  See declaration of Dina L. Santos.

The DEA Laboratory requires a court order which specifies the following: 1.) That the defense expert is authorized to receive and evaluate controlled substances, 2.) The amount/weight of the samples to be transported, 3.) That the defense expert is to return the unused portion of the samples within 10 days after the independent testing is performed, and 4.) That the court is directing DEA Western Laboratory to transmit the samples to the defense expert.

Based upon the significance of the determination of the aggregate quantity of pure methamphetamine in the instant case, and based upon the possible inaccuracy of the finding in the government reports that the aggregate quantity of pure methamphetamine in this case is more than 500 grams, defendant respectfully requests this court to issue an order directing the DEA's Western Laboratory to furnish Drug Detection Laboratories, Inc., with samples from the two quantities of methamphetamine sold by the defendants.

Respectfully submitted,


Dated: September 19, 2006          _____/S/_____
                                   DINA L. SANTOS, ESQ.
                                   Attorney for JOSE ANGEL BUSTAMANTE


//

//

//

2

1   //

2                    **DECLARATION OF DINA L. SANTOS**

3       I, Dina L. Santos, hereby declare as follows:

4       1.  I am the attorney for Jose Angel Bustamante in the case of

5   United States v. Bustamante, CR-S 05-384 WBS.

6       2.  All factual representations in the accompanying application

7   are true and accurate.

8       3.  I spoke with Jeffery Zehnder, Director of Drug Detection

9   Laboratories, Inc.  Mr. Zehnder is authorized to receive and analyze

10  controlled substances.  His DEA Registration Number is PLO242709.  Mr.

11  Zehnder informed that there is a margin of error associated with the

12  process of quantitative analysis of controlled substances.

13      I declare under penalty of perjury that the foregoing is true and

14  correct.

15  Dated:  September 21, 2006              _____/S/_____

16                                          DINA L. SANTOS

17

18

19

20

21

22

23

24

25

26

27

28

1  DINA L. SANTOS, SBN 204200
   LAW OFFICE OF DINA L. SANTOS
2  428 J STREET, SUITE 359
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4
   Attorney for Defendant
5  JOSE ANGEL BUSTAMANTE

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10
   UNITED STATES OF AMERICA,        )  CRS-05-0384 WBS
11                                   )
                  Plaintiff,         )
12                                   )  **ORDER TO PRODUCE REPRESENTATIVE**
        v.                           )  **SAMPLE FOR TESTING BY DEFENSE**
13                                   )  **EXPERT**
   JOSE ANGEL BUSTAMANTE,            )
14                                   )
                  Defendant.         )
15                                   )
   _____   )
16

17      UPON THE DEFENDANTS MOTION for an order which requires the

18 Government to produce a representative sample of the following

19 exhibits, to-wit:

20 Exhibit Number                    DEA Laboratory Number
         *3*                                 *7127587*
21       *7*                                 *7129694*

22 as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED

23 OR SEIZED, having the Case File No. R7-05-0023, and dated 5/4/05 and

24 9/1/05, for qualitative analysis and identification of the controlled

25 substance contained therein by a defense expert, AND UPON THIS COURTS

26 CONSIDERATION of the arguments and pleadings filed,

27      IT IS HEREBY ORDERED and DECREED in accordance with FED.R.CRIM.P

28 16(a)(1)(E), that the Government shall allow the defense to

                                    4

1  independently inspect and analyze a representative sample from each of

2  the above-described drug exhibits; and

3      IT IS FURTHER ORDERED that the Government shall deliver, in a

4  manner consistent with the type and quantity of controlled substance at

5  issue, a representative sample in the amount of 500 mg or not less than

6  one-half (1/2) the current reserve weight, if less than 1 gram

7  presently remains as the reserve weight, from each of the above-

8  described exhibits to *Jeffery Zehnder*, DEA License No. PL0242709, of

9  the *Drug Detection Labs, Inc.*, located at 9700 Business Park Drive,

10 Suite 407, Sacramento, CA 95827, telephone 916 366-3113; and

11     IT IS FURTHER ORDERED, that upon delivery of the representative

12 sample for each of the exhibits identified above to the defense expert,

13 the defense expert shall conduct the qualitative analyses and

14 identification ordered herein, and shall provide the Government with an

15 *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. § 1746,

16 executed by the individual who conducted the analyses, or the head of

17 the facility where the analyses occurred, which states the quantity of

18 each exhibit consumed during testing, and either the weight of each

19 exhibit returned to the Government, or a statement that all sample was

20 consumed during testing; and

21     IT IS FURTHER ORDERED that all remaining material of the samples,

22 after testing, is to be returned by *Jeffery Zehnder* to the DEA Western

23 Laboratory via registered U.S. mail, return receipt requested, or

24 approved commercial carrier, within five (5) business days after the

25 completion of analyses; and

26     IT IS FURTHER ORDERED, in accordance with FED. R. CRIM. P.

27 16(b)(1)(B), that the defendant shall provide the Government with a

28 copy of the results or report of the physical examinations and

scientific tests or experiments which resulted from the analyses
conducted under this Order: and

IT IS FURTHER ORDERED, that *Jeffery Zehnder* is to safeguard the
representative samples received, preserving the chain of custody in a
manner to faithfully protect the integrity of each exhibit received.

IT IS SO ORDERED this 26th day of September, 2006.

BY THE COURT:


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_____/s/_____
Dina L. Santos
Attorney for Defendant


_____/s/_____
Mary Grad
Assistant U.S. Attorney

6