AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:05-cr-00384-WBS   Document 77   Filed 11/17/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:05CR00384-02 WBS |
| JOSE ANGEL BUSTAMANTE | ) |
| | ) USM No: 15963-097 |
| Date of Original Judgment: 8/27/2007 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      132      months **is reduced to**      120      .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/27/2007 shall remain in effect.

**IT IS SO ORDERED.**

Dated: November 14, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:   11/1/2015                       William B. Shubb, U.S. District Court Judge
*(if different from order date)*                  *Printed name and title*